# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| GREYSTONE CONDOMINIUM AT BLACKHAWK OWNERS ASSOCIATION, INC., | ) | |
| Plaintiff, | ) | Case No.: 3:19-cv-00768-SLC |
| v. | ) | |
| AMGUARD INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF KEITH SCHMELLING**

STATE OF WISCONSIN

COUNTY OF JEFFERSON

BEFORE ME, the undersigned authority, personally appeared KEITH SCHMELLING, who, being first duly sworn on oath, deposes and states as follows:

1. My name is KEITH SCHMELLING. I am at least 18 years of age and I am a resident of the State of Wisconsin.

2. I have personal knowledge regarding all that is contained herein and swear that all is true and accurate to the best of my knowledge.

3. I am employed as a Claim Manager and National General Adjuster at Engle Martin & Associates, an independent insurance adjusting and claims administration firm, and have been employed by Engle Martin & Associates since November of 2014.

4. On behalf of Engle Martin & Associates in 2018 and 2019, I was involved in inspecting fire damage at the Greystone Condominiums at Blackhawk located at 703 Cricket Lane, Middleton Wisconsin, 53562 ("Greystone Condominiums") for the purpose of adjusting the loss.

5. In connection with my work regarding the fire loss at the Greystone Condominiums, I reviewed and sent email correspondences.

6. Attached hereto as Exhibit 12 is a true and accurate copy an August 22, 2018 Email that I received from Thomas Costantini, Vice President at J.S. Held, LLC, relating to the fire loss at the Greystone Condominiums.

7. Attached hereto as Exhibit 17 is a true and accurate copy of an October 12, 2018 Email that I received from Christopher Smith, Director at J.S. Held, LLC, relating to the fire loss at the Greystone Condominiums.

8. Attached hereto as Exhibit 18 is a true and accurate copy of J.S. Held, LLC's Preliminary Scope of Work and Estimate Repair provided as an attachment to Christopher Smith's October 12, 2018.

9. Attached hereto as Exhibit 32 is a true and accurate copy of a February 18, 2019 Email that I sent to Michael Cygan, Public Adjuster at Miller Public Adjusters, LLC, relating to the fire loss at the Greystone Condominiums.

10. Attached hereto as Exhibit 43 is a true and accurate copy of an April 22, 2019 Email that I sent to Christopher Smith, relating to the fire loss at the Greystone Condominiums.

11. I declare under penalty of perjury that the foregoing statements are true and correct.

FURTHER AFFIANT SAYETH NOT.

10/16/2020
KEITH SCHMELLING

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☑ online notarization, this _____ day of 10/16/2020, 2020, by Keith Schmelling, as Claim Manager / National General Adjuster, for Engle Martin & Associates, who is personally known to me or who has produced Drivers License as identification.

NOTARY PUBLIC STATE OF TEXAS
Harun Giles
ID NUMBER
132488486
COMMISSION EXPIRES
May 20, 2024

132488486

Notary Public

Print Name: Harun Giles

My Commission Expires: 05/20/2024

Notarized online using audio-video communication