# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| GREYSTONE CONDOMINIUM AT BLACKHAWK OWNERS ASSOCIATION, INC., | ) | |
| Plaintiff, | ) | Case No.: 3:19-cv-00768-SLC |
| v. | ) | |
| AMGUARD INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF THOMAS COSTANTINI**

STATE OF FLORIDA

COUNTY OF MANATEE

BEFORE ME, the undersigned authority, personally appeared THOMAS COSTANTINI, who, being first duly sworn on oath, deposes and states as follows:

1. My name is THOMAS COSTANTINI. I am at least 18 years of age and I am a resident of the State of Florida.

2. I have personal knowledge regarding all that is contained herein and swear that all is true and accurate to the best of my knowledge.

3. I am employed as a Vice President at J.S. Held, LLC, a building repair expert, and have been employed by J.S. Held, LLC since August of 2016.

4. On behalf of J.S. Held, LLC in 2018 and 2019, I was Christopher Smith's supervisor who was involved in inspecting fire damage at the Greystone Condominiums at Blackhawk located at 703 Cricket Lane, Middleton Wisconsin, 53562 ("Greystone Condominiums") for the purpose of preparing an initial estimate of the scope and repair of the damaged property and a supplemental analysis.

5. In connection with my supervision of Christopher Smith's work regarding the fire loss at the Greystone Condominiums, I reviewed and sent email correspondence.

6. Attached hereto as Exhibit 47 is a true and accurate copy of a May 10, 2019 email discussion that I had with from Chaz Mello, Senior Vice President and Regional Manager at J.S. Held, LLC relating to the fire loss at the Greystone Condominiums.

7. I declare under penalty of perjury that the foregoing statements are true and correct.

FURTHER AFFIANT SAYETH NOT.

Thomas Costantini

THOMAS COSTANTINI
Thomas Costantini

State of Florida; County of Manatee

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☑ online notarization, this 16th day of October, 2020, by Thomas Costantini, as Vice President, for J.S. Held, LLC, who is personally known to me or who has produced Driver's License as identification.

NOTARY PUBLIC · STATE OF FLORIDA
SHERRI JOY SMALL
Notary Public - State of Florida
Commission # GG 981136
Expires on April 23, 2024

Sherri Joy Small

Notary Public

Print Name: Sherri Joy Small

Notarized online using audio-video communication

My Commission Expires: 04/23/2024