**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| GREYSTONE CONDOMINIUM AT BLACKHAWK OWNERS ASSOCIATION, INC., | ) | |
| Plaintiff, | ) | Case No.: 3:19-cv-00768-SLC |
| v. | ) | |
| AMGUARD INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**NON-PARTIES ENGLE MARTIN & ASSOCIATES, LLC AND J.S. HELD, LLC'S**
**<u>JOINT MOTION TO QUASH SUBPOENAS FOR DEPOSITION</u>**

Non-parties Engle Martin & Associates, LLC ("Engle Martin") and J.S. Held, LLC ("JS Held") (collectively, "Movants") hereby jointly move for an order quashing the subpoenas for deposition issued to each of them by Plaintiff Greystone Condominium at Blackhawk Owners Association, Inc., for the reasons more fully set forth in Movants' Memorandum of Law in Support, filed herewith.

Dated: November 13, 2020

Respectfully submitted,

*<u>/s/ Craig A. Jacobson</u>*

Ryan T. Brown
Craig A. Jacobson
Geoffrey Repo
Gordon Rees Scully Mansukhani LLP
One North Franklin, Suite 800
Chicago, IL 60606
Telephone: (312) 980-6784
Facsimile: (312) 565-6511
*rtbrown@grsm.com*
*craig.jacobson@grsm.com*
*grepo@grsm.com*

*Attorneys for Engle Martin & Associates, LLC and J.S. Held, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be served on all parties of record by operation of the Court's electronic filing system.

*/s/ Craig A. Jacobson*
Craig A. Jacobson
Gordon Rees Scully Mansukhani LLP
One North Franklin, Suite 800
Chicago, IL 60606
Telephone: (312) 980-6784
Facsimile: (312) 565-6511
craig.jacobson@grsm.com

*Attorneys for Engle Martin & Associates, LLC and J.S. Held, LLC*