**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| GREYSTONE CONDOMINIUM AT BLACKHAWK OWNERS ASSOCIATION, INC., | ) | |
| Plaintiff, | ) | Case No.: 3:19-cv-00768-SLC |
| v. | ) | |
| AMGUARD INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**NON-PARTIES ENGLE MARTIN & ASSOCIATES, LLC AND J.S. HELD, LLC'S**
**<u>NOTICE OF WITHDRAWAL OF JOINT MOTION TO QUASH SUBPOENAS</u>**

Non-parties Engle Martin & Associates, LLC ("Engle Martin") and J.S. Held, LLC ("JS Held") (collectively, "Movants") hereby provide notice of withdrawal of their Joint Motion to Quash Subpoenas for Deposition issued to each of them by Plaintiff Greystone Condominium at Blackhawk Owners Association, Inc. (CM/ECF Doc. No. 81.) pursuant to a resolution reached by the parties.

Dated: November 25, 2020

Respectfully submitted,

*<u>/s/ Craig A. Jacobson</u>*
Ryan T. Brown
Craig A. Jacobson
Geoffrey J. Repo
Gordon Rees Scully Mansukhani LLP
One North Franklin, Suite 800
Chicago, IL 60606
Telephone: (312) 980-6784
Facsimile: (312) 565-6511
*rtbrown@grsm.com*
*craig.jacobson@grsm.com*
*grepo@grsm.com*

*Attorneys for Engle Martin & Associates, LLC and J.S. Held, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be served on all parties of record by operation of the Court's electronic filing system.

*/s/ Craig A. Jacobson*
Craig A. Jacobson
Gordon Rees Scully Mansukhani LLP
One North Franklin, Suite 800
Chicago, IL 60606
Telephone: (312) 980-6784
Facsimile: (312) 565-6511
craig.jacobson@grsm.com

*Attorneys for Engle Martin & Associates, LLC and J.S. Held, LLC*