CRAIG A. JACOBSON
CRAIG.JACOBSON@GRSM.COM
DIRECT DIAL: (312) 980-6784

GORDON&REES
SCULLY MANSUKHANI
YOUR 50 STATE PARTNER®

ATTORNEYS AT LAW
ONE NORTH FRANKLIN, SUITE 800
CHICAGO, IL 60606
WWW.GRSM.COM

February 19, 2021

**VIA CM/ECF**
Hon. Stephen L. Crocker
United States Magistrate Judge
U.S. District Court
Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

Re: *Greystone Condominium at Blackhawk Owners Association, Inc. v. AmGUARD Insurance Company*
Case No.: 3:19-CV-768-slc

Dear Judge Crocker:

Please be advised that the parties in this matter have reached a settlement in principle. The parties will be providing the Court with a stipulation of dismissal after the settlement agreement is finalized and payment is issued. In the interim, the parties jointly request that the Court continue the matter for status on settlement for thirty (30) days and remove the February 26, 2021 final pretrial conference and March 3, 2021 trial date from the Court's calendar.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

Craig A. Jacobson

cc: Counsel of Record *(via CM/ECF filing)*