IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

GREYSTONE CONDOMINIUM AT BLACKHAWK OWNERS ASSOCIATION, INC.,

Plaintiff,

v.

Case No.: 19-CV-768

AMGUARD INSURANCE COMPANY,

Defendant.

**STIPULATION FOR DISMISSAL**

WHEREAS, the above-entitled action has been settled and compromised by the parties hereto;

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that this action, together with all claims and causes of action set forth in the pleadings, be dismissed on the merits, with prejudice, and without further costs or notice to any party.

Dated this 23rd day of March, 2021.

MAYER, GRAFF & WALLACE LLP

By: */s/ Joshua M. Greatsinger*

John F. Mayer, SBN: 1017384
Ryan R. Graff, SBN: 1051307
Joshua M. Greatsinger, SBN: 1094313
Attorneys for Plaintiff Greystone Condominium at Blackhawk Owners Association, Inc.
1425 Memorial Drive, Suite B
Manitowoc, WI 54220
(920) 683-5800 Telephone
(800) 465-1031 Facsimile
jmayer@mgwlawwi.com
rgraff@mgwlawwi.com
jgreatsinger@mgwlawwi.com

Dated this 23rd day of March, 2021.

**GORDON REES SCULLY MANSUKHANI, LLC**

By: */s/ Craig A. Jacobson*

Craig A. Jacobson, SBN: 1121944
Geoffrey J. Repo, *Pro Hac Vice*
Attorneys for Defendant AmGUARD Insurance Company
1 North Franklin, Suite 800
Chicago, IL 60606
(312) 565-1400 Telephone
(312) 565-6511 Facsimile
craig.jacobson@grsm.com
grepo@grsm.com