IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

GREYSTONE CONDOMINIUM AT BLACKHAWK OWNERS ASSOCIATION, INC.,

Plaintiff,

v. Case No.: 19-CV-768

AMGUARD INSURANCE COMPANY,

Defendant.

**ORDER FOR DISMISSAL**

Upon reading and filing the Stipulation between the parties, and the Court hereby accepting the same;

IT IS HEREBY ORDERED that the above-entitled action, together with all claims and causes of action set forth in the pleadings by any parties, are dismissed upon the merits, with prejudice, and without further costs or notice to any party.

SO, ORDERED on March ______, 2021.

By: ________________________________________
Magistrate Judge Stephen L. Crocker